UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIM LAWRENCE SHYVERS,  )
  ) CASE NO. C12-0959-MJP
    Petitioner,  )
  )
    v.  ) ORDER DENYING PETITIONER'S
  ) HABEAS PETITION WITHOUT
VINCENT GOLLOGLY, et al.,  ) PREJUDICE
  )
    Respondents.  )
_____ )

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, without prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _21st_ day of ___September__, 2012.

_____
Marsha J. Pechman
United States District Judge